UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA, :

Plaintiff, :

- v - :

9.68895 BITCOIN SEIZED FROM KRAKEN ACCOUNT NO. AA43 N84G WABM W2VI; and :

9.7634005 BITCOIN CASH FORMERLY ON DEPOSIT IN KRAKEN ACCOUNT NO. AA21 AA43 N84G WABM W2VI. :

Defendants-*in-rem*. :

------------------------------------ x

JUDGMENT OF FORFEITURE

25 Civ. 7544 (PAE)

WHEREAS, on or about September 10, 2025, the United States of America (the "Government") commenced an *in-rem* forfeiture action seeking the forfeiture of the following property by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"):

a. 9.68895 BITCOIN SEIZED FROM KRAKEN ACCOUNT NO. AA43 N84G WABM W2VI (the "Subject Account"); and

b. 9.7634005 BITCOIN CASH formerly on deposit in the Subject Account

(a. and b., together, the "Defendants-*in-rem*");

WHEREAS, the Verified Complaint alleges that the Defendants-*in-rem* are subject to forfeiture pursuant to (i) Title 21, United States Code, Section 881(a)(6) because there is probable cause to believe that the Defendants-*in-rem*. constitute moneys furnished or intended to be furnished by any person in exchange for a controlled substance and proceeds traceable to such an exchange, in violation of Title 21, United States Code, Sections 841(a)(l) and 846; and (ii) Title 18, United States Code, Section 981(a)(l)(A), because there is probable cause to believe that the Defendants-*in-rem* constitute property involved in money laundering, in violation of Title 18,

United States Code, Sections 1956, 1957 and 1960;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, September 19, 2025, and continuing through October 18, 2025, and proof of such publication has been filed with the Clerk of this Court through a filing on the docket of this case;

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, the accountholder of the Subject Account, David Gallegos Espejo ("Gallegos"), advised the Government of his interest in the Defendants-*in-rem*;

WHEREAS, on or about October 20, 2025, the Court entered a Stipulation and Order, wherein the Government agreed to return 50 percent of the Defendants-*in-rem* to Gallegos (the "Gallegos Share") and Gallegos agreed not to contest the forfeiture of the remainder of the Defendants-*in-rem* (D.E. 5);

WHEREAS, Gallegos is the only individual and/or entity known to the Government to have a potential interest in the Defendants-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired; and

WHEREAS, accounting for the Gallegos Share, the remaining amount of the Defendants-*in-rem* totals 4.4844475 BTC and 4.88170025 BCH (the "Remaining Share").

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Remaining Share, totaling 4.4844475 BTC and 4.88170025 BCH, hereby are forfeited to the plaintiff United States of America.

2. The United States Customs and Border Protection (or its designee) shall dispose of the Remaining Share according to law.

Dated: New York, New York
September 25, 2026, 2026

SO ORDERED:

Paul A. Engelmayer

HONORABLE PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE